UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMAS ALVAREZ**<br>*Plaintiff*,<br>v.<br>**CENTRAL BOAT RENTAL, INC.,** The **M/V MISS PAMELA** *in rem* and **ABC INSURANCE COMPANY and XYZ INSURANCE COMPANY**<br>*Defendants*. | **CIVIL ACTION NO.:**<br><br>**SECTION:**<br><br>**MAG:** |

**COMPLAINT FOR DAMAGES IN ADMIRALTY UNDER THE JONES ACT AND THE GENERAL MARITIME LAW AND DEMAND FOR TRIAL BY JURY**

The Complaint **of Tomas Alvarez** (Plaintiff)**,** a person of full age of majority and a citizen of Louisiana, through undersigned counsel, respectfully avers:

**1.**

The following are made defendants herein:

**a. Central Boat Rentals, Inc.** ("CBR"), a Louisiana corporation which is registered and qualified to do business in this judicial district, regularly conducts business and derives business revenue in this district.

**b.** The **M/V Miss Pamela** , a steel-hulled towing vessel, 65.5 feet in length, of 91 gross register tons, Call Sign WDC3060, and its furnishings, gear tackle, apparel and appurtenances, was at all pertinent times owned and/or operated by CBR, and was employed in maritime commerce on the navigable waterways.

**c. ABC Insurance Company and XYZ Insurance Company,** whose identities are not yet known, are domestic and/or foreign insurance companies that provide insurance coverage to

CBR and the M/V Miss Pamela for their negligence and the unseaworthiness of the M/V MISS PAMELA.

**2.**

The claims set forth herein are asserted under the Jones Act and General Maritime Law.

**3.**

This Court has jurisdiction over the claims brought herein by the Plaintiff pursuant to 28 U.S.C. §1331, 28 U.S.C. §1333 and 46 U.S.C. §30104.

**4.**

Venue in this District is proper pursuant to 28 U.S.C. Sec. 1391.

**5**.

At all pertinent times, defendants CBR employed plaintiff, Tomas Alzarez, as a marine crewmember/seaman tasked to perform the classic duties of a seaman.

6.

On or about April 17, 2016, the plaintiff was assigned as a member of the marine crew of the M/V MISS PAMELA.

**7.**

On April 17, 2016, the M/V MISS PAMELA was underway from Panama City, Florida to Morgan City, Louisiana in heavy and dangerous weather conditions.  At approximately 0500 hours, while in what is believed to be Main Pass block 147, a "snatch" line, which was part of the vessels gear and equipment, parted. It was necessary for the tow cable to be retrieved because the lose barge that had been in tow was drifting toward a platform. The M/V MISS PAMELA came into violent contact with the barge as the plaintiff, while  he was following orders and performing his duties by trying to get control of the lose barge, was caused to fall, etc. and be severely injured.

**8.**

At all pertinent times, the M/V MISS PAMELA was owned and operated by CBR.

**9.**

During this aforementioned voyage the M/V MISS PAMELA was being operated in a dangerous manner and in prevailing and unsafe conditions which caused plaintiff to be seriously injured.

**10.**

As a direct result of the acts of negligence and unseaworthiness as aforesaid and as detailed below, the plaintiff suffered severe and permanently disabling injuries for which he has undergone extensive and painful medical treatment and which will require continued extensive and painful medical treatment and rehabilitation.

**11.**

The injuries the plaintiff has sustained are the result of the negligence of the defendants in the following non-exclusive particulars:

  a. Failure to properly instruct, train and supervise the personnel directly and/ or indirectly involved in the incident resulting in plaintiff's injuries;

  b. Failure to provide and maintain reasonably safe equipment and appliances;

  c. Allowing damaged and/or inadequate equipment to be used in a dangerous operation;

  d. Failure to operate the M/V MISS PAMELA in a safe manner given the sea conditions present at the time of the incident made the subject of this suit;

  e. Failure to properly equip the M/V MISS PAMELA;

    f.    Failure to abide by applicable safety regulations;

    g.    Failure to provide the plaintiff with a reasonably safe place to work;

    h.    Undertaking a voyage in dangerous weather conditions;

    i.    Failing to pull into port considering the prevailing conditions.

    j.    Other acts of neglect which will be shown at the trial of this matter.

**12**.

The injuries plaintiff has sustained were also occasioned by the unseaworthiness of the M/V MISS PAMELA in the following non-exclusive particulars, in addition to those identified in paragraph 11 above:

    a.    Failure to properly train supervisory crewmembers;

    b.    Failure to ensure that the vessel involved was, in all respects, fit for its intended purpose;

    c.    Failure to train marine crewmembers in the proper and safe operation of vessels;

    d.    Failure to devise and implement a coherent and comprehensive corporate system of process and personal safety safeguards with respect to marine operations by the defendants;

    e.    Failure to ensure that the vessels in question and the crews assigned were in all respects fit, safe and competent to transport the assigned crew and conduct the assigned operations;

    f.    Failure to adequately man the vessels in question;

    g.    Failure to properly equip the vessels in question;

    h.    Failure to warn the crew, including plaintiff, of imminent danger; and

4833-1341-5733, v. 2

      i. Other instances of unseaworthiness of the vessels involved which will be shown at the trial of this matter.

      j. To the extent that the above non-exclusive allegations of negligence and unseaworthiness overlap, they are pled concurrently.

**13.**

As a consequence of the events and occurrences described herein which have resulted in severe, painful, permanent and disabling injuries, plaintiff, Tomas Alvarez, is entitled to recover damages, including, but not limited to, past present and future medical expenses, pain, suffering and mental anguish, related general damage losses, future medical care and found, all in an amount presently estimated to be FOUR MILLION FIVE HUNDRED THOUSAND AND NO/100 ($4,500,000.00) DOLLARS.

**14**.

As an additional consequence of the events and occurrences described herein, plaintiff, Tomas Alvarez, is entitled to an award of punitive damages for those claims based upon the General Maritime Law, including his unseaworthiness claims.

**15**.

Plaintiff has called upon CBR to pay his medical expenses but, to date, CBR has declined to either pay or acknowledge it will pay said medical expenses incurred to date or future medical expenses. As a result, plaintiff is entitle to recover both compensatory and punitive damages as well as attorneys' fees from defendants.

**16**.

Plaintiff is entitled to and hereby demands a trial by jury.

**WHEREFORE**, the premises considered, plaintiff, Tomas Alvarez, prays for judgment against the defendants, Central Boat Rentals, Inc., the M/V MISS PAMELA, ABC Insurance Company and XYZ Insurance Company in his favor in the amount of FOUR MILLION FIVE HUNDRED THOUSAND AND NO/100 ($4,500,000.00) DOLLARS or such amount as may be warranted by the circumstances, and for punitive damages in addition to compensatory and punitive damages and attorneys' fees for failing to pay cure, and for all taxable costs and interest allowed by law.

Respectfully submitted,

THE CHOPIN LAW FIRM LLC

____/s/ Richard A. Chopin_____
**RICHARD A. CHOPIN, TA (La. Bar No. 4088)**
**JUSTIN M. CHOPIN (La. Bar No. 31100)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Richard Chopin Direct: 504-264-5600
Justin Chopin Direct: 504-323-5755
Facsimile: 504-324-0640
Email: Justin@ChopinLawFirm.com
        Rchopin@ChopinLawFirm.com
*Attorneys for Plaintiffs, Clyde Broussard and Kevin Perkins*

And

**EGENBERG, APLC**
**Bradley J. Egenberg (La. Bar. No. 29848)**
650 Poydras Street, Suite 2525
New Orleans, Louisiana 70130
Phone: (504) 229-5700
Facsimile: (504) 617-7911
Email: bradley@egenberg.com

6

**PLEASE PREPARE SUMMONS FOR RULE 4 WAIVER OF SERVICE:**

**CENTRAL BOAT RENTALS, INC.**
*Through its agent for service:*
Michael S. Patterson
1640 River Road
Berwick, Louisiana

**M/V MISS PAMELA**
*Through the agent for service of its owner:*
Central Boat Rentals, Inc. c/o Michael S. Patterson
1640 River Road
Berwick, Louisiana